No. 1727, Misc. SCHNEIDER *v.* WAINWRIGHT, CORREC-
TIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Zach
H. Douglas* for petitioner. 

No. 1732, Misc. GALLARDO *v.* CALIFORNIA. Ct. App.
Cal., 1st App. Dist. Certiorari denied.

No. 1740, Misc. KING *v.* CALIFORNIA. Ct. App. Cal.,
4th App. Dist. Certiorari denied.

No. 1742, Misc. LADD *v.* SUPERIOR COURT OF THE
COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist.
Certiorari denied.

No. 1748, Misc. BRYANT *v.* CALIFORNIA. Sup. Ct. Cal.
Certiorari denied.

No. 1782, Misc. SCHACK *v.* FLORIDA. C. A. 5th Cir.
Certiorari denied.

The following petitions for writs of certiorari are denied.
MR. JUSTICE DOUGLAS is of the opinion that certiorari
should be granted.

No. 677, Misc. AGUILAR *v.* UNITED STATES. C. A. 9th
Cir. *James M. Hall* for petitioner. *Solicitor General
Marshall, Assistant Attorney General Vinson, Beatrice
Rosenberg* and *Anthony P. Nugent, Jr.,* for the United
States. 

No. 798, Misc. TAYLOR *v.* TENNESSEE. Sup. Ct. Tenn.
Petitioner *pro se. George F. McCanless,* Attorney Gen-
eral of Tennessee, and *Robert F. Hedgepath,* Assistant
Attorney General, for respondent.

No. 842, Misc. EARL *v.* UNITED STATES. C. A. D. C.
Cir. *James E. Hogan* for petitioner. *Solicitor General*